**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

GREGORY PATMYTHES,

    Plaintiff,

                                                 Case No. 16-cv-738

CITY OF MADISON,

    Defendant.

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

TO:    Gregory Patmythes
         3614 Stonebridge Drive
         Madison, WI 53719

    PLEASE TAKE NOTICE that defendant, City of Madison, by its attorneys, Boardman & Clark LLP, by Steven C. Zach, hereby moves the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment in defendant's favor on all of Plaintiff Gregory Patmythes' allegations asserted in his Complaint. Defendants have filed a separate Brief and Proposed Findings of Fact in support of the motion.

    DATED: January 19, 2018.

                                                    BOARDMAN & CLARK LLP

                                                    */s/ Steven C. Zach*_____
                                                    Steven C. Zach, State Bar Number 1006868
                                                    *Attorneys for Defendant City of Madison*
                                                    1 South Pinckney Street, Suite 410
                                                    P.O. Box 927
                                                    Madison, Wisconsin 53701-0927
                                                    (608) 257-9521
                                                    szach@boardmanclark.com