IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| GREGORY PATMYTHES, | |
| Plaintiff, | |
| | Case No. 16-cv-738 |
| CITY OF MADISON, | |
| Defendant. | |

## PLAINTIFF'S MOTION TO REMOVE AND EXCLUDE UNRIPE ITEMS AND DOCUMENTARY EVIDENCE FROM THIS PROCEEDING

Plaintiff moves the court to remove and exclude proposed findings of facts and documents that occur or are dated after April 1, 2015 (date of complaint filed with the Equal Rights Division and known as ERD Case No. 201500823/EEOC Case No. 26G201500669C).

Defendant's Proposed Findings of Fact (DPFOF) include items that occurred after April 1, 2015 and are excluded from the matter before this court. The items that occurred after April 1, 2015 include: DPFOF #7, #8, #25, #26, #27, #28, #29, #31, #32, #33, #34, #35, #36, #37, #38, #39, #64, #65, and #66.

Defendant's documentary evidence citations lack the page and paragraph as required in the Procedure To Be Followed On Motions For Summary Judgment, page 7, item I.C.1.f. Because the defendant's documentary evidence lacks the detailed citation,

1

Plaintiff moves that this court remove the documents and exclude them from the record for this matter.

Defendant's documentary evidence D, O, Q, R, S, T, U, and V occur after April 1, 2015 and Plaintiff moves this court to remove the documents and exclude them from the record for this matter.

By

Gregory J. Patmythes
*Pro se*
3614 Stonebridge Dr.
Madison, Wisconsin 53719
(608) 333-8872
patmythes@gmail.com