IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GREGORY PATMYTHES,

    Plaintiff,

v.

CITY OF MADISON,

    Defendant,

JUDGMENT IN A CIVIL CASE

16-cv-738-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

/s/                                                   6/13/2018

Peter Oppeneer, Clerk of Court                 Date