UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
Case No. 16-cv-738

---

Gregory Patmythes,
Plaintiff-Appellant,

              NOTICE OF APPEAL

  v.

City of Madison,
Defendant-Appellee.

---

Notice is given that the pro se[1] plaintiff, reluctant,[2] Gregory Patmythes, appeals to the United States Court of Appeals for the Seventh Circuit from the summary judgment entered in this action on June 13, 2018[3] and subsequent[4] motions properly and timely filed on July 12, 2018.

---

[1] Because places of public accommodations (lawyers) willfully fail to make reasonable modifications in policies, practices, or procedures, when such modifications are necessary to afford such services, privileges, advantages, or accommodations to individuals with disabilities and the failure to take such steps as may be necessary to ensure that no individual with a disability is excluded, denied services, segregated, or otherwise treated differently, unless the entity can demonstrate that taking such steps would fundamentally alter the nature of the good, service, privilege, advantage, or accommodation being offered or would result in an undue burden. 42 USC §12181, §12182.

[2] But for disability discrimination by lawyers (places of public accommodations) Patmythes would have been represented and this appeal would be unnecessary.

[3] FRCP Rule 6(a)(1)(A) – Excludes the day of the event that triggers the period.

[4] Because I am pro se I was uncertain which to rule to follow for a motion to reconsider, in order to appeal and the District Clerk's only response was something to the effect of not being able to give legal advice.

The properly and timely filed subsequent motions[5] were decided and entered 666 days later May 8, 2020.[6] The judgement is appealable.

Twenty days later on May 28, 2020, the totally and permanently disabled reluctant pro se Plaintiff-Appellant Patmythes[7] properly and timely filed a motion to extend filing the Notice of Appeal that motion was granted on May 29, 2020 and the Notice of Appeal is due on July 8, 2020.

This Notice was filed electronically in the ECF/ECM with the District Court.

Dated and signed this 8th day of July 2020.

Madison, WI

*/s/ Gregory Patmythes*

Gregory Patmythes,
Reluctant, Totally and Permanently
Disabled Pro Se
3614 Stonebridge Dr.
Madison, WI 53719

---

[5] The motion(s) were filed with the intent of being able to appeal to the Circuit Court.
[6] Comparatively the summary judgment was entered in a rush at a mere 84 days.
[7] Patmythes has long met the criterion found in Chapter 3.04 of the SSDI Blue Book and that status was officially recognized by SSA and Wisconsin Retirement System in 2018.